FILED: July 19, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1634 (L)
(8:15-cv-03481-TDC)

_____

IMPACTOFFICE LLC, A Maryland Limited Liability Company

    Plaintiff - Appellant

v.

SAMUEL SINIAVSKY

    Defendant - Appellee

_____

No. 17-1759
(8:16-cv-02686-TDC)

_____

ROBERT PAUL

    Plaintiff - Appellee

v.

IMPACTOFFICE LLC, A Maryland Limited Liability Company

    Defendant - Appellant

_____

No. 17-1810
(8:16-cv-02686-TDC)
_____

ROBERT PAUL

      Plaintiff - Appellant

v.

IMPACTOFFICE LLC, A Maryland Limited Liability Company

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 17-1634 (L) and Case No. 17-1759 (17-1810). ImpactOffice LLC remains as the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk