UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| ImpactOffice LLC, | ) | |
| | ) | |
|     Appellant and Cross-Appellee, | ) | |
| | ) | |
| v. | ) | Case Nos. 17-1634 and 17-1690 |
| | ) | |
| Samuel Siniavsky, | ) | |
| | ) | |
|     Appellee and Cross-Appellant. | ) | |

| | | |
|---|---|---|
| Dennis Chapman, | ) | |
| | ) | |
|     Appellee and Cross-Appellant, | ) | |
| | ) | |
| v. | ) | Case Nos. 17-1635 and 17-1691 |
| | ) | |
| ImpactOffice LLC, | ) | |
| | ) | |
|     Appellant and Cross-Appellee. | ) | |

| | | |
|---|---|---|
| Robert Paul, | ) | |
| | ) | |
|     Appellee and Cross-Appellant, | ) | |
| | ) | |
| v. | ) | Case Nos. 17-1759 and 17-1810 |
| | ) | |
| ImpactOffice LLC, | ) | |
| | ) | |
|     Appellant and Cross-Appellee. | ) | |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Samuel Siniavsky (Appellee in Case No. 17-1634 and Appellant in Case No. 17-1690), Dennis Chapman (Appellee in Case No. 17-1635 and Appellant in Case No. 17-1691), and Robert Paul (Appellee in Case No. 17-1759 and Appellant in Case No. 17-1810), by and through their undersigned counsel, hereby respectfully move to modify the briefing schedule in these

consolidated appeals as set forth below. ImpactOffice LLC has indicated that it consents to the relief requested. This is the modified briefing schedule that is requested:

    Appendix due: 09/05/2017

    Opening brief due: 09/05/2017

    Opening/response brief due: 10/06/2017

    Response/reply brief due: 11/7/2017

    Any reply brief: 14 days from service of response/reply brief.

Dated: July 28, 2017            Respectfully submitted,

                                      NIXON PEABODY, LLP

                                      /s/ Vernon W. Johnson, III
                                      _____

                                      Vernon W. Johnson, III
                                      799 Ninth Street, N.W.
                                      Suite 500
                                      Washington, D.C. 20001
                                      (202) 585-8401 – Telephone
                                      (202) 585-8080 – Fax
                                      vjohnson@nixonpeabody.com

                                      *Counsel for Samuel Siniavsky,*
                                      *Dennis Chapman, and Robert Paul*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2017, I caused a copy of the foregoing Consent Motion to Modify Briefing Schedule to be served electronically upon all counsel of record.

/s/ Vernon W. Johnson, III

Vernon W. Johnson, III (Bar No. 13630)